IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPV-LS, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>       Defendant and Third Party Plaintiff,<br><br>vs.<br><br>NACHMAN BERGMAN as TRUSTEE OF THE N BERGMAN INSURANCE TRUST dated December 18, 2006; MALKA SILBERMAN, as Successor Trustee of THE N BERGMAN INSURANCE TRUST dated December 18, 2006; LIFE TRADING TRUST dated August 8, 2007; T-LEG LLC a/k/a TLEG LLC; FINANCIAL LIFE SERVICES LLC; SPV II LLC; and THE REPRESENTATIVE OF THE ESTATE OF NANCY BERGMAN,<br><br>       Third Party Defendants. | Civil No. 16MC16<br><br>**NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA ISSUED TO CHASE BANK, N.A. FOR BANK RECORDS OF GERALD L. KROLL;**<br><br>**[MEMORANDUM OF LAW IN SUPPORT OF MOTION TO QUASH SUBPOENA ISSUED TO CHASE BANK, N.A. FOR BANK RECORDS OF GERALD L. KROLL; DECLARATION OF GERALD L. KROLL and DECLARATION OF RAYMOND D. McELFISH FILED CONCURRENTLY IN SUPPORT]**<br><br>**Date:** December 6, 2016<br><br>**Time:** 11:00 a.m.<br><br>**Courtroom:** Part 1 |

Moving party, Gerald Kroll, Lead Trial Counsel in the South Dakota action for Third Party Defendant, the Representative of the Estate of Nancy Bergman, by and through his attorneys, McElfish Law Firm, respectfully moves the Court for an Order pursuant to rule 45 of the Federal Rules of Civil Procedure, quashing the subpoena served by Plaintiff SPV on Chase Bank seeking bank records of Lead Trial Counsel Gerald L. Kroll and Kroll Law Corporation.

This motion is based upon all the pleadings and records filed herein and is supported by the accompanying Memorandum of Law in Support of Gerald Kroll's Motion to

Quash, the Declaration of Gerald Kroll, Esq., dated November 16, 2016, and the Declaration of Raymond D. McElfish, Esq. dated November 16, 2016

Date:  November 18, 2016                          McELFISH LAW FIRM

Raymond D. McElfish, Esq.
1112 N. Sherbourne Drive
West Hollywood, CA  90069
Telephone: (310) 659-4900
raymcelfish@mcelfishlaw.com
Attorney for movant Gerald L. Kroll

## *CERTIFICATE OF SERVICE*

I Rajna Gill hereby certify that on November 18, 2016, the foregoing **NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA ISSUED TO CHASE BANK, N.A. FOR BANK RECORDS OF GERALD L. KROLL; [MEMORANDUM OF LAW IN SUPPORT OF MOTION TO QUASH SUBPOENA ISSUED TO CHASE BANK, N.A. FOR BANK RECORDS OF GERALD L. KROLL; DECLARATION OF GERALD L. KROLL and DECLARATION OF RAYMOND D. McELFISH FILED CONCURRENTLY IN SUPPORT]** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District Local Rules, and/or the Southern District of New York Rules on Electronic Service upon the following parties and participants:

**Counsel for Financial Life Services, LLC, et al:**
Gregory T. Casamento, Esq.
Jeffrey Kramer, Esq.
Locke Lord Bissell & Liddell, LLP
3 World Financial Center , 20th Floor
New York, NY 10281-2101
212-812-8325
212-947-1202 (fax)
gcasamento@lockelord.com

**Counsel for Malka Silberman:**
Aaron Twersky, Esq.
Twersky PLLC
747 Third Avenue ., 32nd Floor
New York, NY 10017
(212) 425-0149
(212) 355-5009 (fax)
atwersky@twerskylaw.com

3

**Counsel for Nelson Bloom:**
Jon A. Lefkowitz, Esq.
Jon A. Lefkowitz, Attorney at Law
1222 Avenue M, Suite 204
Brooklyn, NY 11230
(718) 692-0459  (718) 376-2746 (fax)
jonalefkowitz@gmail.com

**Douglas A. Foss**
**Svetlana K. Ivy**
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534
585.419.8779  Direct
585.419.8811  Fax
Email: dfoss@harrisbeach.com
sivy@harrisbeach.com